UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **MATTHEW D. TRAPP,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-01955-RDP-NAD |
| ) | |
| **JEFFERSON S. DUNN, et al.,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Petitioner Matthew D. Trapp filed a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. # 1). Petitioner Trapp challenged his Alabama state convictions for three counts of sexual abuse of a child, asserting that the trial court violated his right to the counsel of his choice and that his counsel was ineffective at trial. (Doc. 1 at 2-3).

On July 29, 2022, the Magistrate Judge entered a Report and Recommendation pursuant to 28 U.S.C. § 636(b), recommending that the petition be denied and dismissed with prejudice. (Doc. # 9). Although the parties were advised of their rights to file objections within 14 days, that time expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. Accordingly, Trapp's petition for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITH PREJUDICE**. Further, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S.

473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings. A separate Final Order will be entered.

    **DONE** and **ORDERED** this August 18, 2022.

                                                    **R. DAVID PROCTOR**
                                                    UNITED STATES DISTRICT JUDGE